AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
DEC 16 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:13MJ764 |
| | ) | |
| ROBERT S. KANLI | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/14/2013 to 9/16/2013__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 875(c) | From on or about September 14, 2013 to on or about September 16, 2013, defendant KANLI, who will be arrested and first brought to the Eastern District of Virginia from a place outside the United States, did unlawfully and knowingly threaten, through interstate or foreign communication, officials of the United States Embassy. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Ronald L. Walutes, Jr., Assistant U.S. Attorney

*Complainant's signature*
Special Agent Lauritz Anders Austensen
U.S. Diplomatic Security Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/16/2013__

City and state: __Alexandria, Virginia__

/s/
Ivan D. Davis
United States Magistrate Judge